UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE INSURANCE CORPORATION OF NEW YORK,

**07 CIV 8700**

Civil Action No:

                              Plaintiff,                      **RULE 7.1 STATEMENT**

-against-

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION and
FEDERAL INSURANCE COMPANY,

                            Defendants.
-----------------------------------------------------------------X


RECEIVED OCT 09 2007 U.S.D.C. S.D.N.Y. CASHIERS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, The Insurance Corporation of New York ("INSCORP")(a private non-governmental party) certifies that INSCORP is owned by Trenwick America Corporation, located at 1499 Post Road, Fairfield, CT 06824.

Dated: October 9, 2007
       New York, New York

                                  Yours, etc.

                                  MELITO & ADOLFSEN P.C.

By: _____
Louis G. Adolfsen (LGA-5431)
Rippi Gill (RG-5338)
*Attorneys for Plaintiff*
THE INSURANCE CORPORATION
OF NEW YORK
233 Broadway, 28th Floor
New York, New York 10279
(212) 238-8900

59690