UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE INSURANCE CORPORATION OF NEW YORK,

                                                      Civil Action No:
                                                    07-8700 (NRB)

                        Plaintiff,                  **NOTICE OF CHANGE**
                                                    **OF ADDRESS**

   -against-

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION and
FEDERAL INSURANCE COMPANY,

                        Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** of the change of address for the undersigned counsel for Plaintiff, The Insurance Corporation of New York, in the above-referenced civil action.

Dated: October 29, 2007
       New York, New York

                                           Yours, etc.,

                                           MELITO & ADOLFSEN P.C.

                      By:   _____
                                       Rippi Gill (RG-5338)
                                       *Attorneys for Plaintiff*
                                       *THE INSURANCE CORPORATION*
                                       *OF NEW YORK*
                                       233 Broadway, 28th Floor
                                       New York, New York 10279
                                       (212) 238-8900

*60424*