

**RIVKIN RADLER**
ATTORNEYS AT LAW
FRANK VALVERDE
(516) 357-3339
frank.valverde@rivkin.com



November 9, 2007

**VIA REGULAR MAIL**

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007-1312

    Re   The Insurance Corp. of NY v. United States
          Underwriters Ins. Co., et al.
          Civil Action No.: 07 cv 8700 (NRB) (RLE)
          RR File No.: 044200-40221

Dear Judge Buchwald:

We have recently been authorized to represent Defendant National Surety Corporation ("National Surety") in the above referenced matter and are in the process of drafting an Answer to Plaintiff's Complaint. The Complaint was served upon the New York State Department of Insurance and NSC received the Complaint on November 1, 2007, one day after the due date reflected in the Court's docket sheet. Based on the foregoing, we respectfully request an enlargement of time, until November 26, 2007, for NSC to interpose an Answer to the Complaint.

Plaintiff has consented to the enlargement of time.

Thank you for your attention to this matter and any courtesies provided.



*So Ordered*
*[signature]*
11/16/07

                      Respectfully Submitted,

                      RIVKIN RADLER LLP

                      Frank A. Valverde (FV-7229)

Cc:   Ms. Rippi Gill, Esq.
        MELITO & ADOLFSEN, P.C
        233 Broadway
        New York, New York 10279-0118

2093859 v1

---

926 Reckson Plaza　　　　555 Madison Avenue　　　　21 Main Street
Uniondale, NY　　　　　　New York, NY　　　　　　　Court Plaza South • West Wing
11556-0926　　　　　　　10022-3338　　　　　　　　Hackensack, NJ 07601-7021
Tel 516 357 3000　　　　 Tel 212 455 9555　　　　　 Tel 201 287 2460
Fax 516 357 3333　　　　Fax 212 687 9044　　　　　Fax 201 489 0495

www.rivkinradler.com