UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE INSURANCE CORPORATION OF NEW YORK,   Civil Action No. 07 CV 8700
                                         (NRB)
               Plaintiff,

    -against-                             **RULE 7.1 STATEMENT**

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION
and FEDERAL INSURANCE COMPANY,

               Defendants.
-------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, NATIONAL SURETY CORPORATION, submits the following Corporate Disclosure Statement:

NATIONAL SURETY CORPORATION is a wholly owned subsidiary of Fireman's Fund Insurance Company. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company. Allianz Global Risks US Insurance Company is a wholly owned subsidiary of Allianz of America, Inc. which is, in turn, a wholly owned subsidiary of Allianz SE, a European company. Allianz SE is a publicly traded company.

Dated: Uniondale, New York
       November 26, 2007

                                      Respectfully submitted,

                                      RIVKIN RADLER LLP
                                      Attorneys for Defendants

                   By: _____
                               Frank A. Valverde (FV 7229)
                               926 Reckson Plaza
                               Uniondale, New York 11556-0926
                               (516) 357-3000
                               File No.: 44200-40221