UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE INSURANCE CORPORATION OF NEW YORK,    Docket No.: 07 CIV 8700

                Plaintiff,

                -against-    **RULE 7.1 STATEMENT**

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION
and FEDERAL INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for United States Underwriters Insurance Company (a private non-governmental party) certifies that the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held, are: Berkshire Hathaway and United States Liability Insurance Group, which includes United States Liability Insurance Company and Mount Vernon Insurance Company.

Dated: Mineola, New York
       December 17, 2007

                                    MIRANDA SOKOLOFF SAMBURSKY
                                    SLONE VERVENIOTIS LLP
                                    Attorneys for Defendant
                                    **UNITED STATES UNDERWRITERS**
                                    **INSURANCE COMPANY**

                                    By:_____
                                    Steven Verveniotis (SV 8800)
                                    The Esposito Building
                                    240 Mineola Boulevard
                                    Mineola, New York 11501
                                    (516) 741-7676
                                    Our File No.: 02-245