UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE INSURANCE CORPORATION OF NEW YORK,

                                                                                                  Civil Action No: 07-8700

                                Plaintiffs,                        **ANSWER TO CROSS-
                                                                              CLAIMS AND REPLY
         -against-                                                      TO COUNTERCLAIMS**

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION and
FEDERAL INSURANCE COMPANY,

                                   Defendants.
------------------------------------------------------------------X

       Plaintiff, The Insurance Corporation of New York ("INSCORP"), by its attorneys, Melito & Adolfsen P.C., as and for its Answer to Cross-Claims and Reply to Counterclaims set forth in the Answer of Defendant, United States Underwriters Insurance Company ("U.S. Underwriters"), responds as follows:

### FIRST CROSS-CLAIM AND COUNTERCLAIM

    1.     Denies the allegations set forth in paragraph "66" of the First Cross-Claim and Counterclaim and respectfully refer the Court to the policy noted therein for a complete and accurate statement of its contents.

    2.     Denies the allegations set forth in paragraph "67" of the First Cross-Claim and Counterclaim.

    3.     Denies the allegations set forth in paragraph "68" of the First Cross-Claim and Counterclaim.

    4.     Denies the allegations set forth in paragraph "69" of the First Cross-Claim and Counterclaim.

    5.     Denies the allegations set forth in paragraph "70" of the First Cross-Claim and

Counterclaim.

6. Denies the allegations set forth in paragraph "71" of the First Cross-Claim and Counterclaim.

## SECOND CROSS-CLAIM AND COUNTERCLAIM

7. Denies the allegations set forth in paragraph "72" of the Second Cross-Claim and Counterclaim and respectfully refer the Court to the policy noted therein for a complete and accurate statement of its contents.

8. Denies the allegations set forth in paragraph "73" of the Second Cross-Claim and Counterclaim.

9. Denies the allegations set forth in paragraph "74" of the Second Cross-Claim and Counterclaim.

10. Denies the allegations set forth in paragraph "75" of the Second Cross-Claim and Counterclaim.

11. Denies the allegations set forth in paragraph "76" of the Second Cross-Claim and Counterclaim.

12. Denies the allegations set forth in paragraph "77" of the Second Cross-Claim and Counterclaim.

13. Denies the allegations set forth in paragraph "78" of the Second Cross-Claim and Counterclaim.

## THIRD CROSS-CLAIM AND COUNTERCLAIM

14. Denies the allegations set forth in paragraph "79" of the Third Cross-Claim and Counterclaim and respectfully refer the Court to the policy noted therein for a complete and accurate statement of its contents.

15. Denies the allegations set forth in paragraph "80" of the Third Cross-Claim and

16. Denies the allegations set forth in paragraph "81" of the Third Cross-Claim and Counterclaim.

17. Denies the allegations set forth in paragraph "82" of the Third Cross-Claim and Counterclaim.

18. Denies the allegations set forth in paragraph "83" of the Third Cross-Claim and Counterclaim.

19. Denies the allegations set forth in paragraph "84" of the Third Cross-Claim and Counterclaim.

## FOURTH CROSS-CLAIM AND COUNTERCLAIM

20. Denies the allegations set forth in paragraph "85" of the Fourth Cross-Claim and Counterclaim and respectfully refer the Court to the policy noted therein for a complete and accurate statement of its contents.

21. Denies the allegations set forth in paragraph "86" of the Fourth Cross-Claim and Counterclaim.

22. Denies the allegations set forth in paragraph "87" of the Fourth Cross-Claim and Counterclaim.

23. Denies the allegations set forth in paragraph "88" of the Fourth Cross-Claim and Counterclaim.

24. Denies the allegations set forth in paragraph "89" of the Fourth Cross-Claim and Counterclaim.

25. Denies the allegations set forth in paragraph "90" of the Fourth Cross-Claim and Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

26.   Defendant U.S. Underwriters' counterclaims and cross-claims fail to state a cause of action upon which relief could be granted.

### SECOND AFFIRMATIVE DEFENSE

27.   Defendant U.S. Underwriters' counterclaims and cross-claims claims are barred by the doctrines of waiver, estoppel, res judicata, accord and satisfaction, payment and release and laches.

**WHEREFORE**, Plaintiff INSCORP respectfully requests the following relief:

A. A declaration that U.S. Underwriters is obligated to provide insurance coverage for Forthright with respect to the claims asserted in the underlying <u>Spzakowski</u> action;

B. Dismissing Defendant U.S. Underwriters' cross-claims and counterclaims in their entirety; and

C. Together with costs, disbursements, attorneys' fees and such other and further relief as this Court deems just, proper and equitable.

Dated: New York, New York
January 7, 2008

Yours, etc.,

MELITO & ADOLFSEN P.C.

By: _____
Louis G. Adolfsen, Esq.
Rippi Gill, Esq.
*Attorneys for Plaintiff –*
*The Insurance Corporation of New York*
233 Broadway, 28th Floor
New York, New York 10279
(212) 238-8900

To:    Miranda Sokoloff Sambursky
Slone Verveniotis LLO
*Attorneys for United States Underwriters*
*Insurance Company*
240 Mineola Boulevard
Mineola, NY 11501
Att: Steven Verveniotis

Rivkin Radler, LLP
*Attorneys for National Surety Corporation*
926 Rexcorp Plaza
Uniondale, NY 11556
Att: Frank Valverde, Esq.

Quirk & Bakalor, P.C.
*Attorneys for Federal Insurance Company*
845 Third Avenue
New York, NY 10022
Att: Timothy J. Keane, Esq.

*62156*

## DECLARATION OF SERVICE BY MAIL

**DESIRAE COLLAZO**, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at Staten Island, New York.

That on the 7th day of January 2008 deponent served the within **ANSWER TO CROSS-CLAIMS AND REPLY TO COUNTERCLAIMS** upon:

Miranda Sokoloff Sambursky Slone Verveniotis LLO
*Attorneys for United States Underwriters Insurance Company*
240 Mineola Boulevard
Mineola, NY 11501
Att: Steven Verveniotis

Rivkin Radler, LLP
*Attorneys for National Surety Corporation*
926 Rexcorp Plaza
Uniondale, NY 11556
Att: Frank Valverde, Esq.

Quirk & Bakalor, P.C.
*Attorneys for Federal Insurance Company*
845 Third Avenue
New York, NY 10022
Att: Timothy J. Keane, Esq.

attorneys and/or parties in this action, at the addresses designated by said attorneys and/or parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York. Attorneys and or parties, at the above address designated by said attorneys for that purpose at the fax number designated above.

_____
DESIRAE COLLAZO

Sworn to before me this
7th day of January, 2008

_____
Notary Public

RYAN F. BLACKMER
Notary Public, State of New York
No. 02BL6122911
Qualified in Nassau County
Commission Expires February 22nd, 2009

7

Index No. 07-8700   Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INSURANCE CORPORATION OF NEW YORK,

Plaintiffs,

-against-

UNITED STATES UNDERWRITERS INSURANCE
COMPANY, NATIONAL SURETY CORPORATION and
FEDERAL INSURANCE COMPANY,

Defendants.

---

**ANSWER TO CROSS- CLAIMS AND REPLY TO COUNTER-CLAIMS**

---

Signature (Rule 130-1.1-a)

Print name beneath

*Attorney for*

**MELITO & ADOLFSEN P.C.**

*Office and Post Office Address, Telephone*
**233 Broadway**
NEW YORK, N.Y. 10279-0118
(212) 238-8900

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

................

Attorney(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

**MELITO & ADOLFSEN P.C.**

*Attorney for*

*Office and Post Office Address*
**233 Broadway**
NEW YORK, N.Y. 10279-0118

To

Attorney(s) for

---

NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at

on                       M.
at
Dated,

Yours, etc.

**MELITO & ADOLFSEN P.C.**

*Attorney for*

*Office and Post Office Address*
**233 Broadway**
NEW YORK, N.Y. 10279-0118

To

Attorney(s) for