

**FRANK VALVERDE**
ATTORNEYS AT LAW
(516) 357-3338
frank.valverde@rivkin.com



February 12, 2008

## VIA REGULAR MAIL

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007-1312

FEB 1 4 2008

         Re:   The Insurance Corp. of NY v. United States
             Underwriters Ins. Co., et al.
             Civil Action No.:  07 cv 8700 (NRB) (RLE)
             RR File No.:  044200-40221

USDC SDNY
DOCUMENT
ELECTRONIC    FILED
DOC #:
DATE FILED: 2/20/08

Dear Judge Buchwald:

We represent Defendant National Surety Corporation ("National Surety") in the above referenced
matter. We are in receipt of the Court's Notice of Initial Pretrial Conference scheduling an initial
conference for February 29, 2008. Unfortunately, I will be out of the country on February 29th and
the other principal attorney handling this matter for National Surety has a scheduling conflict for that
date. Accordingly, we respectfully request that the Court adjourn the conference to any time on
March 10th, 11th, 12th, 20th or 21st. All parties have consented to this adjournment and have confirmed
their availability on the aforementioned dates.

*The adjourned conference is adjourned until March 11, 2008 at 3:00 p.m.*

Thank you for your attention to this matter and any courtesies provided.

Respectfully Submitted,

RIVKIN RADLER LLP

Frank A. Valverde (FV-7229)

*So Ordered.*
*[signature]*
*USDJ*
*2/20/08*

Cc:   Louis Adolfsen, Esq.
       Melito & Adolfsen P C.
       233 Broadway
       New York, New York 10279-0118

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel. 516.357 3000
Fax 516.357.3333

555 Madison Avenue
New York NY
10022-3338
Tel 212 455 9555
Fax 212 687 9044

21 Main Street
Court Plaza South • West Wing
Hackensack, NJ 07601-7021
Tel 201.287 2460
Fax 201 489 0495

www.rivkinradler com



The Honorable Naomi Reice Buchwald, U.S.D.J.
June 20, 2006
Page 2

 Steven Verveniotis, Esq.
 Miranda Sokoloff, et al.
 240 Mineola Boulevard
 Mineola, New York 11501

 Timothy Keane, Esq.
 Quirk & Bakalor
 845 Third Avenue, 15th Floor
 New York, New York 10022-6601